UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Chapter 12 Case

TROY DENELSBECK and                                          Case No. 15-34016
MELISSA DENELSBECK

Debtors.
_____

**MODIFIED CHAPTER 12 PLAN**
_____

**ARTICLE I**

TERM

The term of this plan shall be five years.

**ARTICLE II**

PRIORITY CLAIMS

Trustee Fees – The Chapter 12 trustee shall make application to the Court for approval of trustee's fees and for any reasonable and necessary expenses of the trustee in effectuating the trustee's duties under the Bankruptcy Code in administering this case.  The debtor(s) shall pay an amount equal to five percent (5%) of all payments disbursed by the Chapter 12 trustee as payment and the trustee shall hold the fee until the trustee's fees and expenses are applied for and approved by the Court.  Once the trustee's fees are approved, the trustee shall pay them. Attorney's Fees – Attorney's Fees will be paid after court approval to Debtors' attorneys, Stermer & Sellner, Chtd., 102 Parkway Drive, P.O. Box 514, Montevideo, MN 56265, and shall be paid from cash collateral and by the Trustee after receiving Debtor's annual payment to Trustee.

**ARTICLE III**

CLASSIFCATION OF CLAIMS

CLASS 1        Co-op Credit Union of Montevideo (secured claim –blanket lien)


CLASS 2        Northland Capital Financial Services, LLC (secured claim - 2011 Turbo Till

1

Coulter Model 180, 2012 B & R Manufacturing Portable tub, 2012 Red Devil Snow Thrower, and a 1998 John Deere 8400T Tractor)

CLASS 3      Leases

CLASS 4      RCIS – crop insurance

CLASS 4      Unsecured creditors

## **ARTICLE IV**

### TREATMENT OF CLAIMS AND INTEREST

CLASS I – Co-op Credit Union of Montevideo

The Debtors owe Co-op Credit Union of Montevideo $252,869.17 an allowed secured claim that includes $2,238.00 in collection costs including attorney's fees as of the date of filing on November 11, 2015, pursuant to six promissory notes which are described as follows:

| Date | Original Balance | Balance Due (11/11/15) | Interest Rate | Security |
|------|------------------|------------------------|---------------|----------|
| 04/05/11 | $20,000.00 | $9,576.82 | 6% | Blanket Lien |
| 01/18/12 | $60,205.48 | $42,470.01 | 6% | Blanket Lien |
| 02/12/13 | $150,000.00 | $865.94 | 4.95% | Blanket Lien |
| 02/21/13 | $15,000.00 | $12,638.68 | 5.25% | Blanket Lien |
| 06/20/13 | $8,500.00 | $6,049.89 | 3.5% | Blanket Lien |
| 03/25/14 | $205,000.00 | $178,929.83 | 5.5% | Blanket Lien |

Post-petition interest and collection costs including attorney's fees continue to accrue and are to be included in the allowed Co-op Credit Union claim as set forth below.  The above loans are fully secured by a first priority blanket lien on, including but not limited to, accounts and other rights to payment; inventory; crops;  livestock; equipment; machinery; instruments; general intangibles; documents; farm products and supplies; government payments and programs; investment property; and deposit accounts, with the exception of certain leased items.  The collateral specifically includes the full value of the JD 9560; Sunflower Ripper; Silage Wagon, JD Chopper; and John Deere 930 Platform.  The Co-op Credit Union of Montevideo also has a second position security interest on any of the leased items leased from Northland Capital Financial Services, LLC, and takes a first secured position when Northland Capital Financial Services, LLC releases its interest.  These leases are recharacterized as installment sales.

The six loans shall be modified and consolidated into one loan. This loan shall be secured by the

2

same collateral as the previously existing loans, as described in the previous paragraph and the relevant financing and security documents.   The collateral also shall include all of the Debtors' post-petition property of like kind to that covered by the prepetition blanket lien including but not limited to accounts and other rights to payment; inventory; crops, livestock, equipment, machinery; instruments; general intangibles; documents; farm products and supplies; government payments and programs; investment property; and deposit accounts. acquired post-petition, both pre- and post-confirmation, with the same priority, dignity, and effect as the prepetition collateral.  The Debtors shall maintain collateral values at all times, net of prior liens, of no less than 175 percent of the full unpaid balance of Class 1's secured claim.  The Co-op Credit Union shall be entitled at reasonable times and intervals to inspect and appraise its collateral*, and the Debtors may prepay the Co-op Credit Union at any time, without penalty, to maintain the required collateral to debt ratio*.  Failure to maintain this collateral to debt ratio, or to permit reasonable inspection or appraisal, shall constitute a default under the Plan.

Interest on this loan shall be 5.75% per annum.  This interest shall be payable in five yearly payments, along with principal payments.  The payments will be a minimum of $60,500.00 annually.  Debtors may prepay the claim in whole or part at any time and the remaining balance after a prepayment may, at their option, be reamortized to maintain the original five-year repayment period.  This annual loan payment shall be paid by cattle and crop sale proceeds assigned to the Trustee during the plan.  Payment shall be made to the Trustee by December 31 of each year.

Class 1 shall be entitled to pre- and post-petition confirmation interest, attorneys' fees, costs, disbursements and other charges, under 11 U.S.C. 506(b).  The parties may stipulate to those amounts, or the Co-op Credit Union may move the Bankruptcy Court for approval and allowance of them, at reasonable times and intervals.  Allowance of these amounts may result in increases in the minimum annual installment to maintain the original five-year amortization period.

Subject to the Debtors' aforesaid obligation to maintain a 175 percent ratio of net collateral value to balance of debt, crops, cattle, and other collateral raised or produced for sale may be used or sold by the Debtors as part of the ordinary operation of the farm and the proceeds used for

ordinary operating expenses.

Except as specifically modified herein or by operation of bankruptcy law, all provisions of pre-bankruptcy loan documents, including but not limited to all promissory notes and security agreements, shall remain in full force and effect.

## CLASS II – Northland Capital Financial Services, LLC

The Debtors owe Northland Capital Financial Services, LLC ("NLC") $46,559.95.  This debt is secured by 2011 Turbo Till Coulter Model 180, 2012 B & R Manufacturing Portable tub, 2012 Red Devil Snow Thrower, and a 1998 John Deere 8400T Tractor.  This debt is fully secured.  The John Deere 8400T Tractor will be surrendered to NLC for sale by June 1, 2016, with all proceeds to be paid against the debt owed to NLC by the Debtors.  Debtors will pay the remaining debt owed to NLC in 2016, which Debtors estimate will be approximately $6,559.95.  Payments will be made direct from the Debtors.

## CLASS III – Leases

The Debtors are parties to two leases, which shall be treated as follows.  Payments under the following leases will be made directly from the Debtors.

a. Ardith M. Henningsgaard:  Debtors lease approximately 139 tillable acres from Ardith M. Henningsgaard.  This lease was in default by $8,500.00, but this has been cured.  The yearly balance owed under the rental agreement is $20,985.00.  The Debtors shall assume this lease according to its terms and conditions.

b. Constance Berckes:  Debtors lease approximately 131 tillable acres from Constance Berckes.  This lease is current.  The yearly balance owed under the rental agreement is $19,665.00.  The Debtors shall assume this lease according to its terms and conditions.

## CLASS IV – RCIS – Crop Insurance

The Debtors owed RCIS $9,010.09 for 2015 crop insurance.  RCIS was paid in full directly by the Debtors pursuant to a Stipulation and Order on a Motion for Use of Cash Collateral.

## CLASS V – Unsecured Creditors

Debtors will pay 100% of allowed unsecured claims, in the total approximate amount of

$119,659.09, over the five-year term of the plan.  Payments shall be made to the Trustee for the appropriate distribution to the Creditors in accordance to the below charts.  The administrative expenses to the Trustee and Attorney's fees, will be based upon court approval.  The amounts listed in the subsequent charts are representative for budget purposes only.  Payments to the Trustee will be made annually before December 31; except for 2016 which will consist of two payments.

| 2016 Total Payment to Trustee | $132,000 |
|---|---|
| | |
| May 2016 | 70,000.00 |
| Richard & Jacklyn Denelsbeck | $40,000.00 |
| Co-op Credit Union of Montevideo | $30,000.00 |
| | |
| December 2016 | $62,000.00 |
| Trustee Fees | $7,000.00 |
| Richard and Jacklyn Denelsbeck | $10,000.00 |
| Co-op Credit Union of Montevideo | $45,000.00 |

| 2017 Total Payment to Trustee | $81,000.00 |
|---|---|
| | |
| Trustee Fees | $4,000.00 |
| Attorney's Fees | $4,500.00 |
| Richard and Jacklyn Denelsbeck | $12,000.00 |
| Co-op Credit Union of Montevideo | $60,500.00 |

| 2018 Total Payment to Trustee | $81,000.00 |
|---|---|
| | |
| Trustee Fees | $4,000.00 |
| Attorney's Fees | $4,500.00 |
| Richard and Jacklyn Denelsbeck | $12,000.00 |
| Co-op Credit Union of Montevideo | $60,500.00 |

| 2019 Total Payment to Trustee | $81,000.00 |
|---|---|
| | |
| Trustee Fees | $4,000.00 |
| Attorney's Fees | $4,500.00 |
| Richard and Jacklyn Denelsbeck | $12,000.00 |
| Co-op Credit Union of Montevideo | $60,500.00 |

| 2020 Total Payment to Trustee | $81,000.00 |
|---|---|

| | |
|---|---|
| Trustee Fees | $4,000.00 |
| Attorney's Fees | $4,500.00 |
| Richard and Jacklyn Denelsbeck | $12,000.00 |
| Co-op Credit Union of Montevideo | *Full balance due, estimated to be* $56,000.00 |

In addition to the above payments, Debtors have made or will make the following direct payments to the following unsecured creditors pursuant to the Order on the Motion for Cash Collateral and discussion with the parties.

| 2016 | |
|---|---|
| | |
| Henningsgaard | $8,500.00 |
| Canby Farmer's Grain | $3,200.00 |
| Attorney's Fees | $7,500.00 |

## ARTICLE V

### CONTINUATION OF FARMING OPERATION

The Debtors propose to continue their farm operation in substantially the same form as it is currently being operated.  Debtors shall defer from the income and proceeds of said operation sums of money for reasonable and necessary farm expenditures.  Such expenses would include the ordinary, reasonable expenses that are set forth in the exhibits attached hereto, including payments to creditors outside of the plan and reasonable capital improvements, incluidng machinery, equipment, and  livestock.  However, it is understood that any significant purchases that require new debt to be incurred will need court approval.  As part of the continuing farm operation, Debtors shall submit operating reports  and bank statements on a monthly basis to the Chapter 12 Trustee.

All disposable income as defined by 11 USCA § 1225(b)(2) received during the term of the plan will be applied to make payments under the plan.

## ARTICLE VI

### LIQUIDATION ANALYSIS

The Liquidation Analysis is attached as Exhibit A.

6

## ARTICLE VII

### CASH FLOW ANALYSIS

Attached as Exhibit B is a historical analysis of income and expenses.

Attached as Exhibit C is a detailed FINPACK projection for the three year plan.

Dated: March 17, 2016.

STERMER & SELLNER, CHTD.

By: /e/ Krystal M. Lynne
Krystal M. Lynne
Attorney ID #0392816
**Attorneys for Troy & Melissa Denelsbeck**
102 Parkway Drive, P.O. Box 514
Montevideo, MN 56265
Telephone:   (320) 269-6491
Fax: (320) 269-5433
klynne@stermerlaw.com

Dated: March 17, 2016

Troy Denelsbeck

Dated: March 17, 2016

Melissa Denelsbeck

EXHIBIT A

## LIQUIDATION ANALYSIS

A.  Chattel

| | |
|---|---|
| Livestock | $182,000.00 |
| Machinery | $300,000.00 |
| Grain, crops, inventory | $141,590.00 |

| | |
|---|---|
| Secured Debt | |
| Montevideo Co-Op Credit Union | $258,000.00 |
| Northland Capital Financial Services, LLC | $46,560.00 |

| | |
|---|---|
| Exemptions | $2,500.00 |

**Net Chattel**                              **$316,530.00**

B.  Vehicles

| | |
|---|---|
| 1996 Chevy pickup | $3,500.00 |
| 2007 Chevy pickup | $15,000.00 |
| 2 scrap pickups | $100.00 |

| | |
|---|---|
| Exemptions | $18,500 |

**Net Vehicles**                              **$100.00**

C.  Household/Misc.

| | |
|---|---|
| Usual Household Goods & Furnishings | $1,500.00 |
| Wearing Apparel | $750.00 |
| Jewelry | $500.00 |
| Guns | $2,000.00 |
| Retirement | $20,105.65 |

| | |
|---|---|
| Exemptions | $22,855.65 |

**Net Household/Misc.**                              **$2,000.00**


**Net equity after debt and exemption:    $318,450.00**

EXHIBIT B

## HISTORICAL ANALYSIS OF INCOME & EXPENSES

|  | 2012 Calendar Year | 2013 Calendar Year | 2014 Calendar Year | 2015 Estimates |
|---|---|---|---|---|
| **Farming Income** | | | | |
| Sales | $74,540.00 | $237,896.00 | $281,871.00 | $190,743.00 |
| Co-Op Distributions | $3,426.00 | $2,877.00 | $2,581.00 | $0.00 |
| Crop Insurance | $66,583.00 | $9,088.00 | $9,061.00 | $1,283.00 |
| Custom Hire | $33,424.00 | $0.00 | $850.00 | $1,000.00 |
| Government Payments | $4,582.00 | $4,187.00 | $1,128.00 | $11,182.00 |
| Other | $5,165.00 | $22,772.00 | $1,856.00 | |
| Total | $187,711.00 | $276,820.00 | $297,347.00 | $204,208.00 |
| | | | | |
| **Expenses** | | | | |
| Chemicals | $583.00 | $0.00 | $4,638.00 | $9,450.00 |
| Custom Hire | $0.00 | $2,250.00 | $0.00 | $0.00 |
| Equipment Rental | $32,549.00 | $42,774.00 | $32,368.00 | $12,600.00 |
| Feed | $64,876.00 | $208,096.00 | $26,056.00 | $15,000.00 |
| Fertilizers | $10,819.00 | $31,196.00 | $33,798.00 | $22,500.00 |
| Freight/Trucking | $0.00 | $2,404.00 | $0.00 | $0.00 |
| Fuel | $8,365.00 | $10,011.00 | $4,320.00 | $6,750.00 |
| Insurance | $18,977.00 | $14,718.00 | $15,286.00 | $15,035.00 |
| Labor | $0.00 | $0.00 | $0.00 | $0.00 |
| Land Rent/Lease | $27,500.00 | $34,342.00 | $34,382.00 | $33,300.00 |
| Repairs/Maintenance | $21,752.00 | $25,041.00 | $12,864.00 | $3,000.00 |
| Seed | $5,255.00 | $34,672.00 | $23,162.00 | $24,000.00 |
| Supplies | $0.00 | $0.00 | $0.00 | $0.00 |
| Storage | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Misc. Taxes | $0.00 | $0.00 | $0.00 | $3,700.00 |
| Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 |
| Utilities | $886.00 | $752.00 | $953.00 | $1,000.00 |
| Vehicle Expenses | $187.00 | $0.00 | $0.00 | $0.00 |
| Veterinary/Medicine | $6,385.00 | $9,874.00 | $5,003.00 | $3,500.00 |
| Other | $664.00 | $927.00 | $2,328.00 | $1,500.00 |
| Total | $198,798.00 | $417,057.00 | $195,158.00 | $152,335.00 |
| | | | | |
| Net Farming Income | -$11,087.00 | -$140,237.00 | $102,189.00 | $51,873.00* |

\* Please note that the 2015 number does not include crops harvested in 2015, as they were not able to be sold due to the bankruptcy proceedings.

**FINPACK**®

## FINPACK PROJECTION

*Troy Denelsbeck*
*2016 draft*

### *PROJECTED NET CASH FLOW*

| *Cash Inflows* | Quantity | Price | Inflow | | *Cash Outflows* | Outflow |
|---|---|---|---|---|---|---|
| Corn | | | | | Feeder livestock purchase | |
| 2015 crop | 33,000 bu. | 3.20/bu. | 105,600 | | Finish Beef | 20,000 |
| 2016 crop | 30,000 bu. | 3.50/bu. | 105,000 | | Feed | 25,000 |
| Soybeans | | | | | Chemicals | 11,000 |
| 2015 crop | 3,700 bu. | 8.20/bu. | 30,340 | | Custom hire (machine work) | 2,500 |
| 2016 crop | 3,150 bu. | 9.00/bu. | 28,350 | | Fertilizers and lime | 25,000 |
| Beef Calves | 42 head | 120.00/cwt. | 70,560 | | Freight and trucking | 2,500 |
| Finish Beef | 18 head | 120.00/cwt. | 30,240 | | Gasoline, fuel, and oil | 8,000 |
| Crop government payments | | | | | Insurance (other than health) | 15,500 |
| ARC | | | 11,000 | | Rent or lease: land, animals, e | 40,650 |
| Custom work income | | | 850 | | Repairs and maintenance | 20,000 |
| Patronage dividends, cash | | | 2,581 | | Seeds and plants | 25,000 |
| Personal wages & salary | | | | | Storage and warehousing | 1,000 |
| Troy net pay | | | 36,000 | | Supplies | 1,000 |
| Melissa net pay | | | 15,600 | | Taxes | 2,000 |
| Total operating inflows | | | 436,121 | | Utilities | 2,000 |
| | | | | | Veterinary, breeding, and medic | 10,000 |
| **Capital Sales** | | | | | Other expenses | |
| JD 8400T | | | 40,000 | | annual misc | 3,000 |
| cull cows | | | 7,200 | | AP-A.Henningsgard | 8,500 |
| Total capital sales | | | 47,200 | | AP-RCIS | 9,079 |
| | | | | | AP- R.Denelsbeck | 50,000 |
| | | | | | Attorney Fee | 7,500 |
| | | | | | trustee fee | 8,500 |
| | | | | | Family living/Owner draw | 19,260 |
| | | | | | Total operating outflows | 316,989 |
| | | | | | | |
| | | | | | **Loan Payments** | |
| | | | | | Northland Capital-Cons. Debt | |
| | | | | | Principal | 46,559 |
| | | | | | Monti CU-Cons.Debt | |
| | | | | | Principal | 29,498 |
| | | | | | Interest | 8,805 |
| | | | | | Total loan payments | 84,863 |
| | | | | | | |
| Total cash inflows | | | 483,321 | | Total cash outflows | 401,852 |
| | | | | | | |
| | | | | | Net cash flow | 81,469 |

Troy Denelsbeck Annual Plan: 2016 draft                                      Page 2                                      2/4/2016  1:46:10 PM

## CROP AND LIVESTOCK PRODUCTION

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Corn | 200.0 Acres | 175.0 bu. | 100 | 35,000 bu. |
| Soybeans | 70.0 Acres | 45.0 bu. | 100 | 3,150 bu. |
| Beef Cow-Calf | 56.0 Cow | 0.80 head | | 45 head |
| | | | | |
| Total crop acres | 270.0 Acres | | | |

## CROP INVENTORY SUMMARY

| | Beginning Inventory | Produced | Purchased | From CCC | Fed | Sold | To CCC | Ending Inventory |
|---|---|---|---|---|---|---|---|---|
| Corn (bu.) | 30,000 | 35,000 | - | - | -2,000 | -63,000 | - | - |
| Soybeans (bu.) | 3,700 | 3,150 | - | - | - | -6,850 | - | - |

## LIVESTOCK INVENTORY SUMMARY

| | Beginning Inventory | Produced | Purchased / Trans In | Died | Sold / Trans Out | Ending Inventory |
|---|---|---|---|---|---|---|
| Beef Calves (head) | 63 | 45 | - | - | -42 | 66 |
| Finish Beef (head) | - | - | 20 | -2 | -18 | - |

## PROJECTED INVENTORY CHANGE

| Commodity | Begin Inventory | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Corn | 30,000 | 3.62 | 108,570 | - | - | - | -108,570 |
| Soybeans | 3,700 | 8.20 | 30,340 | - | - | - | -30,340 |
| Beef Calves | 63 | 1,321.43 | 83,250 | 66 | 1,110.00 | 73,260 | -9,990 |
| Total income items | | | 222,160 | | | 73,260 | -148,900 |
| | | | | | | | |
| Prepaid exp. & suppl. | | | 2,500 | | | - | -2,500 |
| Payables & accr exp | | (end) | 41,080 | | (beg) | 108,563 | 67,483 |
| Accrued interest | | (end) | - | | (beg) | 12,761 | 12,761 |
| Total expense items | | | 43,580 | | | 121,324 | 77,744 |
| | | | | | | | |
| Total inventories | | | 265,740 | | | 194,584 | -71,156 |

Troy Denelsbeck Annual Plan: 2016 draft                                    Page 3                                    2/4/2016  1:46:10 PM

## PROJECTED BALANCE SHEET

|  | Beginning | Projected Ending |
|---|---|---|
| **Current Assets** | | |
| Cash and checking | 16,324 | 97,794 |
| Prepaid exp. & suppl. | 2,500 | - |
| Crops | 138,910 | - |
| Mkt lvst | 83,250 | 73,260 |
| Total current assets | 240,984 | 171,054 |
| | | |
| **Intermediate Assets** | | |
| Brdg lvst | 111,200 | 104,000 |
| Machinery | 315,000 | 247,500 |
| Titled vehicles | 18,600 | 15,810 |
| Total intermediate assets | 444,800 | 367,310 |
| | | |
| **Long Term Assets** | | |
| Total long term assets | - | - |
| Total farm assets | 685,784 | 538,364 |
| | | |
| Personal assets | 24,855 | 24,855 |
| Total assets | 710,639 | 563,219 |
| | | |
| **Current Liabilities** | | |
| Accrued interest | 12,761 | - |
| Payables & accr exp | 108,563 | 41,080 |
| Principal due on term loans | 36,150 | 29,498 |
| Total current liabilities | 157,474 | 70,578 |
| | | |
| **Intermediate Liabilities** | | |
| Northland Capital-Cons. Debt | 39,908 | - |
| Monti CU-Cons.Debt | 202,094 | 172,595 |
| Total intermediate liabilities | 242,001 | 172,595 |
| | | |
| **Long Term Liabilities** | | |
| Total long term liabilities | - | - |
| Total farm liabilities | 399,475 | 243,174 |
| | | |
| Total liabilities | 399,475 | 243,174 |
| | | |
| Net worth | 311,164 | 320,045 |
| Net worth change | 8,881 | |
| Debt to asset ratio | 56 % | 43 % |

**Notes**

Market Cattle Inventories for cow/calf group

Beginning:
- Market Steers (2014) 27
- Beef Calves (2015) 36

Sold - 42 (27 from 2014, 15 from 2015)

Born - 45

Ending:
- Market Steers (2015) 21
- Beef Calves (2016) 45

**FINPACK**®

*Troy Denelsbeck*
*2017 proforma annual plan*

## PROJECTED NET CASH FLOW

| Cash Inflows | Quantity | Price | Inflow | Cash Outflows | Outflow |
|---|---|---|---|---|---|
| Corn | 33,000 bu. | 3.75/bu. | 123,750 | Feeder livestock purchase | |
| Soybeans | 3,150 bu. | 9.00/bu. | 28,350 | Finish Beef | 20,000 |
| Beef Calves | 42 head | 120.00/cwt. | 61,488 | Feed | 25,000 |
| Finish Beef | 18 head | 120.00/cwt. | 30,240 | Chemicals | 11,000 |
| Cull breeding livestock | | | | Custom hire (machine work) | 2,500 |
| Beef Cow-Calf | | | 7,200 | Fertilizers and lime | 25,000 |
| Crop government payments | | | | Freight and trucking | 2,500 |
| ARC | | | 11,000 | Gasoline, fuel, and oil | 8,000 |
| Custom work income | | | 850 | Insurance (other than health) | 15,500 |
| Patronage dividends, cash | | | 2,581 | Rent or lease: land, animals, e | 40,650 |
| Personal wages & salary | | | | Repairs and maintenance | 20,000 |
| Troy net pay | | | 36,000 | Seeds and plants | 25,000 |
| Melissa net pay | | | 15,600 | Storage and warehousing | 1,000 |
| Total operating inflows | | | 317,059 | Supplies | 1,000 |
| | | | | Taxes | 2,000 |
| | | | | Utilities | 2,000 |
| | | | | Veterinary, breeding, and medic | 10,000 |
| | | | | Other expenses | |
| | | | | annual misc | 3,000 |
| | | | | AP-Richard & Jacklyn D | 24,000 |
| | | | | Attorney Fee | 7,500 |
| | | | | trustee fee | 8,500 |
| | | | | Family living/Owner draw | 19,260 |
| | | | | Total operating outflows | 273,410 |
| | | | | | |
| | | | | **Loan Payments** | |
| | | | | Monti CU-Cons.Debt | |
| | | | | Principal | 30,620 |
| | | | | Interest | 7,684 |
| | | | | Total loan payments | 38,304 |
| | | | | | |
| Total cash inflows | | | 317,059 | Total cash outflows | 311,714 |
| | | | | | |
| | | | | Net cash flow | 5,345 |

## CROP AND LIVESTOCK PRODUCTION

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Corn | 200.0 Acres | 175.0 bu. | 100 | 35,000 bu. |
| Soybeans | 70.0 Acres | 45.0 bu. | 100 | 3,150 bu. |
| Beef Cow-Calf | 56.0 Cow | 0.80 head | | 45 head |
| | | | | |
| Total crop acres | 270.0 Acres | | | |

## CROP INVENTORY SUMMARY

| | Beginning Inventory | Produced | Purchased | From CCC | Fed | Sold | To CCC | Ending Inventory |
|---|---|---|---|---|---|---|---|---|
| Corn (bu.) | - | 35,000 | - | - | -2,000 | -33,000 | - | - |
| Soybeans (bu.) | - | 3,150 | - | - | - | -3,150 | - | - |

## LIVESTOCK INVENTORY SUMMARY

| | Beginning Inventory | Produced | Purchased / Trans In | Died | Sold / Trans Out | Ending Inventory |
|---|---|---|---|---|---|---|
| Beef Calves (head) | 66 | 45 | - | - | -42 | 69 |
| Finish Beef (head) | - | - | 20 | -2 | -18 | - |

## PROJECTED INVENTORY CHANGE

| Commodity | Begin Inventory | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Beef Calves | 66 | 1,110.00 | 73,260 | 69 | 1,129.56 | 77,940 | 4,680 |
| Total income items | | | 73,260 | | | 77,940 | 4,680 |
| | | | | | | | |
| Payables & accr exp | | (end) | 17,080 | | (beg) | 41,080 | 24,000 |
| Total expense items | | | 17,080 | | | 41,080 | 24,000 |
| | | | | | | | |
| Total inventories | | | 90,340 | | | 119,020 | 28,680 |

Page 3

## *PROJECTED BALANCE SHEET*

|  | Beginning | Projected Ending |
|---|---|---|
| ***Current Assets*** | | |
| Cash and checking | 97,794 | 103,139 |
| Mkt lvst | 73,260 | 77,940 |
| Total current assets | 171,054 | 181,079 |
| | | |
| ***Intermediate Assets*** | | |
| Brdg lvst | 104,000 | 104,000 |
| Machinery | 247,500 | 222,750 |
| Titled vehicles | 15,810 | 13,439 |
| Total intermediate assets | 367,310 | 340,189 |
| | | |
| ***Long Term Assets*** | | |
| Total long term assets | - | - |
| Total farm assets | 538,364 | 521,267 |
| | | |
| Personal assets | 24,855 | 24,855 |
| Total assets | 563,219 | 546,122 |
| | | |
| ***Current Liabilities*** | | |
| Payables & accr exp | 41,080 | 17,080 |
| Principal due on term loans | 30,620 | 30,620 |
| Total current liabilities | 71,700 | 47,700 |
| | | |
| ***Intermediate Liabilities*** | | |
| Monti CU-Cons.Debt | 171,474 | 140,854 |
| Total intermediate liabilities | 171,474 | 140,854 |
| | | |
| ***Long Term Liabilities*** | | |
| Total long term liabilities | - | - |
| Total farm liabilities | 243,174 | 188,554 |
| | | |
| Total liabilities | 243,174 | 188,554 |
| | | |
| Net worth | 320,045 | 357,568 |
| Net worth change | 37,523 | |
| Debt to asset ratio | 43 % | 35 % |

Troy Denelsbeck Annual Plan: 2017 proforma annual p                    Page 4                    2/4/2016  2:27:03 PM

*Notes*

Cow Calf - Market calve inventory

Beginning year:
Market Steers (2015) 21
Beef Calves (2016) 45

Sales - 42 (21 from 2015, 21 from 2016)

Born - 45

Ending year:
Market Steers (2016) 24, $1,560/hd ($120/cwt)-  $37,440
Beef Calves (2017) 45, $900/hd ($180/cwt) - $40,500

Ave value @ $1130/hd



## Annual Cash Flow Plan Executive Summary

### Projected Cash Flow Summary

| | | |
|---|---|---|
| Total operating inflow | | 317,059 |
| Total operating outflow | (-) | 265,410 |
| Capital purchases | (-) | - |
| Capital sales | (+) | - |
| New credit | (+) | - |
| Loan payments | (-) | 38,304 |
| **Net cash flow** | **(=)** | **13,345** |
| | | |
| Beginning cash balance | (+) | 103,139 |
| Operating loan borrowings | (+) | - |
| Operating loan principal payments | (-) | - |
| Ending cash balance | (=) | 116,484 |
| | | |
| Beginning operating loan balance | | - |
| Ending operating loan balance | | - |

### Projected Change in Working Capital

| | | |
|---|---|---|
| Change in cash | | 13,345 |
| Change in current inventories | (+) | 8,729 |
| Estimated change in working capital | (=) | 22,074 |

### Projected Income Statement

| | | |
|---|---|---|
| Gross cash farm income | | 265,459 |
| Inventory change - income items | (+) | 5,490 |
| Gross revenue | (=) | 270,949 |
| | | |
| Cash farm operating expense | | 246,150 |
| Interest expense | (+) | 6,520 |
| Depreciation | (+) | 24,291 |
| Inventory change - expense items | (+) | -3,239 |
| Total farm expense | (=) | 273,722 |
| Net farm income | | -2,773 |

### Projected Earned Net Worth Change

| | | |
|---|---|---|
| Net farm income | | -2,773 |
| Personal income | (+) | 51,600 |
| Family living expense | (-) | 19,260 |
| Income taxes accrued | (-) | - |
| Earned net worth change | (=) | 29,567 |

### Term Debt Coverage

| | | |
|---|---|---|
| Net farm income from operations | | -2,773 |
| Depreciation | (+) | 24,291 |
| Personal income | (+) | 51,600 |
| Family living expense | (-) | 19,260 |
| Income taxes accrued | (-) | - |
| Interest on term debt | (+) | 19,281 |
| Capital debt repayment capacity | (=) | 73,139 |
| Term debt payments | | 38,304 |
| Capital debt repayment margin | | 34,835 |
| Term debt coverage ratio | | 1.91 |

### Financial Standards Measures

| Liquidity | Beginning | Ending |
|---|---|---|
| Current ratio | 3.7 | 4.4 |
| Working capital | 132,215 | 154,289 |
| Working capital to gross revenue | 48.8 % | 56.9 % |
| **Solvency (market)** | | |
| Debt to asset ratio | 36.2 % | 29.8 % |
| Debt to equity ratio | 0.6 | 0.4 |
| **Profitability (market)** | | |
| Net farm income | | -2,773 |
| Rate of return on assets | | 3.2 % |
| Rate of return on equity | | -0.8 % |
| Operating profit margin | | 6.6 % |
| EBITDA | | 40,799 |
| **Repayment Capacity** | | |
| Term debt coverage ratio (farm only) | | 1.91 |
| Replacement margin coverage ratio | | 1.91 |
| **Efficiency** | | |
| Asset turnover rate (market) | | 48.4 |
| Operating expense ratio | | 84.9 % |
| Depreciation ratio | | 9.0 % |
| Interest expense ratio | | 7.1 % |
| Net farm income ratio | | -1.0 % |
| **Other** | | |
| Term debt coverage (farm+personal) | | 1.91 |
| Term debt to EBITDA | | 3.42 |

### Shocks to Farm Term Debt Coverage Ratio

| | |
|---|---|
| 10% decrease in gross income | 1.20 |
| 10% increase in operating expenses | 1.31 |
| 3% increase in interest rates | 1.70 |

Troy Denelsbeck Annual Plan: 2018 Proforma AP                    Page 2                    2/4/2016  2:57:23 PM

## PROJECTED NET CASH FLOW

| Cash Inflows | Quantity | Price | Inflow | Cash Outflows | Outflow |
|---|---|---|---|---|---|
| Corn | 33,000 bu. | 3.75/bu. | 123,750 | Feeder livestock purchase | |
| Soybeans | 3,150 bu. | 9.00/bu. | 28,350 | Finish Beef | 20,000 |
| Beef Calves | 42 head | 120.00/cwt. | 61,488 | Feed | 25,000 |
| Finish Beef | 18 head | 120.00/cwt. | 30,240 | Chemicals | 11,000 |
| Cull breeding livestock | | | | Custom hire (machine work) | 2,500 |
| Beef Cow-Calf | | | 7,200 | Fertilizers and lime | 25,000 |
| Crop government payments | | | | Freight and trucking | 2,500 |
| ARC | | | 11,000 | Gasoline, fuel, and oil | 8,000 |
| Custom work income | | | 850 | Insurance (other than health) | 15,500 |
| Patronage dividends, cash | | | 2,581 | Rent or lease: land, animals, e | 40,650 |
| Personal wages & salary | | | | Repairs and maintenance | 20,000 |
| Troy net pay | | | 36,000 | Seeds and plants | 25,000 |
| Melissa net pay | | | 15,600 | Storage and warehousing | 1,000 |
| Total operating inflows | | | 317,059 | Supplies | 1,000 |
| | | | | Taxes | 2,000 |
| | | | | Utilities | 2,000 |
| | | | | Veterinary, breeding, and medic | 10,000 |
| | | | | Other expenses | |
| | | | | annual misc | 3,000 |
| | | | | AP-Richard & Jacklyn D | 16,000 |
| | | | | Attorney Fee | 7,500 |
| | | | | trustee fee | 8,500 |
| | | | | Family living/Owner draw | 19,260 |
| | | | | Total operating outflows | 265,410 |
| | | | | | |
| | | | | **Loan Payments** | |
| | | | | Monti CU-Cons.Debt | |
| | | | | Principal | 31,784 |
| | | | | Interest | 6,520 |
| | | | | Total loan payments | 38,304 |
| | | | | | |
| Total cash inflows | | | 317,059 | Total cash outflows | 303,714 |
| | | | | | |
| | | | | Net cash flow | 13,345 |

---

FINPACK © Center For Farm Financial Management                                        Prepared by: Kevin Plante

University of Minnesota                                                                State of MN

Troy Denelsbeck Annual Plan: 2018 Proforma AP    Page 3    2/4/2016  2:57:23 PM

## CROP AND LIVESTOCK PRODUCTION

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Corn | 200.0 Acres | 175.0 bu. | 100 | 35,000 bu. |
| Soybeans | 70.0 Acres | 45.0 bu. | 100 | 3,150 bu. |
| Beef Cow-Calf | 56.0 Cow | 0.80 head | | 45 head |
| | | | | |
| Total crop acres | 270.0 Acres | | | |

## CROP INVENTORY SUMMARY

| | Beginning Inventory | Produced | Purchased | From CCC | Fed | Sold | To CCC | Ending Inventory |
|---|---|---|---|---|---|---|---|---|
| Corn (bu.) | - | 35,000 | - | - | -2,000 | -33,000 | - | - |
| Soybeans (bu.) | - | 3,150 | - | - | - | -3,150 | - | - |

## LIVESTOCK INVENTORY SUMMARY

| | Beginning Inventory | Produced | Purchased / Trans In | Died | Sold / Trans Out | Ending Inventory |
|---|---|---|---|---|---|---|
| Beef Calves (head) | 69 | 45 | - | - | -42 | 72 |
| Finish Beef (head) | - | - | 20 | -2 | -18 | - |

## PROJECTED INVENTORY CHANGE

| Commodity | Begin Inventory | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Beef Calves | 69 | 1,129.57 | 77,940 | 72 | 1,158.75 | 83,430 | 5,490 |
| Total income items | | | 77,940 | | | 83,430 | 5,490 |
| | | | | | | | |
| Payables & accr exp | | (end) | 1,080 | | (beg) | 17,080 | 16,000 |
| Accrued interest | | (end) | 12,761 | | (beg) | - | -12,761 |
| Total expense items | | | 13,841 | | | 17,080 | 3,239 |
| | | | | | | | |
| Total inventories | | | 91,781 | | | 100,510 | 8,729 |

Troy Denelsbeck Annual Plan: 2018 Proforma AP · Page 4 · 2/4/2016 2:57:23 PM

## *PROJECTED BALANCE SHEET*

| | Beginning | Projected Ending |
|---|---|---|
| *Current Assets* | | |
| Cash and checking | 103,139 | 116,484 |
| Mkt lvst | 77,940 | 83,430 |
| Total current assets | 181,079 | 199,914 |
| | | |
| *Intermediate Assets* | | |
| Brdg lvst | 104,000 | 104,000 |
| Machinery | 222,750 | 200,475 |
| Titled vehicles | 13,439 | 11,423 |
| Total intermediate assets | 340,189 | 315,898 |
| | | |
| *Long Term Assets* | | |
| Total long term assets | - | - |
| Total farm assets | 521,268 | 515,812 |
| | | |
| Personal assets | 24,855 | 24,855 |
| Total assets | 546,123 | 540,667 |
| | | |
| *Current Liabilities* | | |
| Accrued interest | - | 12,761 |
| Payables & accr exp | 17,080 | 1,080 |
| Principal due on term loans | 31,784 | 31,784 |
| Total current liabilities | 48,864 | 45,625 |
| | | |
| *Intermediate Liabilities* | | |
| Monti CU-Cons.Debt | 139,690 | 107,906 |
| Total intermediate liabilities | 139,690 | 107,906 |
| | | |
| *Long Term Liabilities* | | |
| Total long term liabilities | - | - |
| Total farm liabilities | 188,554 | 153,531 |
| | | |
| Total liabilities | 188,554 | 153,531 |
| | | |
| Net worth | 357,569 | 387,136 |
| Net worth change | 29,567 | |
| Debt to asset ratio | 35 % | 28 % |

Troy Denelsbeck Annual Plan: 2018 Proforma AP    Page 5    2/4/2016  2:57:23 PM

*Notes*

Cow Calf - Market Calf inventory

Beginning:
Steer Calves - 24 (2016)
Beef Calves - 45 (2017)

Born - 45

Sold 42 (24 from 2016, 18 from 2017)

Ending Inventory
Steer Calves (2017) 27, $1590/hd ($120/cwt) - $42,930
Beef Calves (2018) 45, $900/hd ($180/cwt) - $40,500

Ending Value - $83,430 ($1,158.75/hd)



**Troy Denelsbeck**
*1/1/2017 - Jan2017 Proforma NW Balance Sheet*

| Current Assets | | | Value |
|---|---|---|---|
| Cash and checking (Schd A) | | | 97,794 |
| Prepaid expenses and supplies | | | - |
| Growing crops | | | - |
| Accounts receivable | | | - |
| Hedging accounts | | | - |
| Other current assets | | | - |
| Crop inventory | | | - |
| Crops under gov't loan | | | - |
| | | | |
| Mkt lvst (Schd H) | No. | Value/Unit | |
| Str Calves | 21 | 120.00/cwt. | 32,760 |
| Beef Calves | 45 | 180.00/cwt. | 40,500 |
| | | | |
| **Total Current Assets** | | | **171,054** |

| Current Liabilities | | | Balance |
|---|---|---|---|
| Accrued interest | | | - |
| Payables & accr exp (Schd T) | | | 41,080 |

| | Int Rate | P & I Due | Principal Balance |
|---|---|---|---|
| Current loans (Schd U) | | | |
| | | | |
| Government crop loans | | | - |
| Principal due within 12 months on term liabilities | | | 30,620 |

| **Total Current Liabilities** | **71,700** |
|---|---|

| Intermediate Assets | | | |
|---|---|---|---|
| | | | Market |
| Brdg lvst (Schd I) | No. | | Value |
| Registered cattle | 16 | | 32,000 |
| Cows | 40 | | 72,000 |
| | | | |
| Machinery (Schd J) | | | 247,500 |
| Titled vehicles (Schd K) | | | 15,810 |
| Other intermediate assets | | | - |
| | | | |
| **Total Intermediate Assets** | | | **367,310** |

**Intermediate Liabilities (Schd V)**

| Loan | Int Rate | Principal Balance | P & I Due | Principal Due | Intermed Balance |
|---|---|---|---|---|---|
| Monti CU-Cons.Debt | 3.75 | 202,094 | 38,304 | 30,620 | 171,474 |
| | | | | | |
| **Total Intermediate Liabilities** | | | | | **171,474** |

| Long Term Assets | | |
|---|---|---|
| | | Market |
| | | Value |
| Land | | - |
| Buildings and improvements | | - |
| Other long term assets | | - |
| | | |
| **Total Long Term Assets** | | **-** |

**Long Term Liabilities**

| Loan | Int Rate | Principal Balance | P & I Due | Principal Due | Lg Term Balance |
|---|---|---|---|---|---|
| | | | | | |
| **Total Long Term Liabilities** | | | | | **-** |

| **Total Farm Assets** | **538,364** |
|---|---|
| Personal Assets (Schd P) | 24,855 |

| **Total Farm Liabilities** | **243,174** |
|---|---|
| Personal Liabilities | - |

| **Total Assets** | **563,219** |
|---|---|

| Total Liabilities | 243,174 |
|---|---|
| **Net Worth** | **320,045** |

I certify that my statements on this balance sheet are true, complete, and correct to the best of my knowledge and belief.

Signature(s) _____     Date _____

Troy Denelsbeck : 1/1/2017 - Jan2017 Proforma NW                              Page 2                                      2/4/2016  2:01:08 PM

***Schedule A: Cash and checking***                                    Value

checking-#34253                                                        97,794

Total cash and checking                                               97,794

***Schedule H: Livestock held for sale***

| Livestock | Description | Number Of Head | Average Weight | Value Per Unit | Value |
|---|---|---|---|---|---|
| Str Calves | 2015 fat cattl | 21 | 1,300 | 120.00/cwt. | 32,760 |
| Beef Calves | 2016 beef calv | 45 | 500 | 180.00/cwt. | 40,500 |
| Total livestock held for sale | | | | | 73,260 |

***Schedule I: Breeding livestock***

| | Number of Head | Mkt Value Per Head | Market Value |
|---|---|---|---|
| Registered cattle | 16 | 2,000 | 32,000 |
| Cows | 40 | 1,800 | 72,000 |
| Total breeding livestock | | | 104,000 |

Troy Denelsbeck : 1/1/2017 - Jan2017 Proforma NW                    Page 3                                    2/4/2016  2:01:08 PM

*Schedule J: Machinery and equipment*

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct. Ownership | | Market Value |
|---|---|---|---|---|---|---|
| Combine, 9560 JD-1/2 | 2003 | x | 2012 | 100.00 | % | 85,000 |
| 8200 JD Tractor FWA (9000 | 97 | x | 2007 | 100.00 | % | 50,000 |
| 873 Bobcat skidsteer(5000 | 2001 | x | 2003 | 100.00 | % | 12,000 |
| JD 566 Baler-netwrap | 2007 | x | - | 100.00 | % | 9,000 |
| Patz Feed Wagon 420 | 2008 | x | 2008 | 100.00 | % | 22,000 |
| Haybuster 2650 processor | 2008 | x | 2008 | 100.00 | % | 6,400 |
| 499 NH haybine | 98 | x | 2005 | 100.00 | % | 2,500 |
| Sitrex 9 wheel rake | - | x | - | 100.00 | % | 1,800 |
| JD 336 square baler | - | | - | 100.00 | % | 3,000 |
| Greatplain turbotill-18' | 2009 | lease-x | 2009 | 100.00 | % | 22,000 |
| Myers Verticle spreader | 2009 | x | 2009 | 100.00 | % | 20,000 |
| NH diskmower 6740 | 2014 | x | 2014 | 100.00 | % | 4,000 |
| Polaris 4 wheeler | - | x | - | 100.00 | % | 4,000 |
| sqeeze chute | - | x | - | 100.00 | % | 1,800 |
| alley scale | - | x | - | 100.00 | % | 2,000 |
| stock trailer, 24' | - | x | - | 100.00 | % | 3,500 |
| MF 1130 tractor | - | x | - | 100.00 | % | 4,500 |
| Gravity Boxes | - | x | - | 100.00 | % | 5,000 |
| JD Drill | - | x | - | 100.00 | % | 2,500 |
| JD 3960 chopper w/c.head | - | x | - | 100.00 | % | 3,000 |
| JD 60 tractor | - | x | - | 100.00 | % | - |
| Hayracks (2) | - | x | - | 100.00 | % | 500 |
| JD 38 sickle mower | - | x | - | 100.00 | % | - |
| Bale Elevator | - | x | - | 100.00 | % | - |
| Fertilizer Bar | - | x | - | 100.00 | % | - |
| Auger | - | x | - | 100.00 | % | 500 |
| feeder wagon-scrap | - | x | - | 100.00 | % | - |
| JD 930 platform | - | x | - | 100.00 | % | 10,000 |
| silage wagon | - | x | - | 100.00 | % | - |
| B&R port.Alley w/chute | 2012 | x | - | 100.00 | % | - |
| RD 9' snowblower | 2012 | x | - | 100.00 | % | - |
| -less 2016 depreciation | - | | - | 100.00 | % | -27,500 |
| Total machinery and equipment | | | | | | 247,500 |

*Schedule K: Titled vehicles*

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct. Ownership | | Market Value |
|---|---|---|---|---|---|---|
| Chev Silverado 3/4 duroma | 2007 | | 2008 | 100.00 | % | 15,000 |
| Chevy Pickup | 1996 | | - | 100.00 | % | 3,500 |
| 2 scrap trucks | - | | - | 100.00 | % | 100 |
| less 2016 depreciation | - | | - | 100.00 | % | -2,790 |
| Total titled vehicles | | | | | | 15,810 |

---

Troy Denelsbeck : 1/1/2017 - Jan2017 Proforma NW                Page 4                2/4/2016  2:01:08 PM

*Schedule P: Personal assets*

| | Quantity | Mkt Value Per Unit | Market Value |
|---|---|---|---|
| Savings and checking | | | - |
| Stocks and bonds | | | - |
| Other personal current assets | | | - |
| Furnishings and appliances | | | 1,500 |
| Personal vehicles | | | - |
| Cash value of life insurance | | | - |
| Retirement accounts | | | |
|    IRA-Ariel Mutual | 1 | 13,840 | 13,840 |
|    IRA-Hartford | 1 | 6,265 | 6,265 |
| Personal business investment | | | - |
| Other intermediate assets | | | |
|    apparel | 1 | 750 | 750 |
|    Wedding ring/watch | 1 | 500 | 500 |
|    4 riffles-shotgun-2 pisto | 1 | 2,000 | 2,000 |
| Personal real estate | | | - |
| Other long term assets | | | - |
| Total personal assets | | | 24,855 |

*Schedule T: Accounts payable and other accrued expenses*

| | Expense Category | Balance |
|---|---|---|
| Canby Farms Coop | Seed | 1,080 |
| Rick Denelsbeck-crop inp. | Misc. | 40,000 |
| Total accounts payable and other accrued expen | | 41,080 |

*Schedule V: Intermediate loans*

| | Interest Rate | Principal Balance | Accrued Interest | Normal P & I | Past Due P & I | Month Due | Final Year | Principal Due | Intermed Balance |
|---|---|---|---|---|---|---|---|---|---|
| Monti CU-Cons.Debt | 3.75 % | 202,094 | - | 38,304 | - | 12 | 2021 | 30,620 | 171,474 |
| Total intermediate loans | | 202,094 | - | 38,304 | - | | | 30,620 | 171,474 |

*Schedule Z: Ratio analysis*

| | Market |
|---|---|
| Current ratio | 2.39 |
| Current ratio (business and personal) | 2.39 |
| Working capital | 99,354 |
| Working capital (business and personal) | 99,354 |
| | |
| Current percent in debt | 42 % |
| Intermediate percent in debt | 47 % |
| Long term percent in debt | - % |
| Personal percent in debt | - % |
| | |
| Total debt to asset ratio | 43 % |
| Total equity to asset ratio | 57 % |
| Total debt to equity ratio | 0.76 |



*Troy Denelsbeck*
*1/1/2018 - 2018 proforma NW-T&M.D Balance Sheet*

| Current Assets | | | | Value |
|---|---|---|---|---|
| Cash and checking (Schd A) | | | | 103,139 |
| Prepaid expenses and supplies | | | | - |
| Growing crops | | | | - |
| Accounts receivable | | | | - |
| Hedging accounts | | | | - |
| Other current assets | | | | - |
| Crop inventory | | | | - |
| Crops under gov't loan | | | | - |
| | | | | |
| Mkt lvst (Schd H) | No. | Value/Unit | | |
| Str Calves | 24 | 120.00/cwt. | | 37,440 |
| Beef Calves | 45 | 180.00/cwt. | | 40,500 |
| **Total Current Assets** | | | | **181,079** |

| Current Liabilities | | | | Balance |
|---|---|---|---|---|
| Accrued interest | | | | - |
| Payables & accr exp (Schd T) | | | | 17,080 |
| | Int | | P & I | Principal |
| Current loans (Schd U) | Rate | | Due | Balance |
| | | | | |
| Government crop loans | | | | - |
| Principal due within 12 months on term liabilities | | | | 31,784 |
| | | | | |
| **Total Current Liabilities** | | | | **48,864** |

| Intermediate Assets | | Market |
|---|---|---|
| Brdg lvst (Schd I) | No. | Value |
| Registered cattle | 16 | 32,000 |
| Cows | 40 | 72,000 |
| | | |
| Machinery (Schd J) | | 222,750 |
| Titled vehicles (Schd K) | | 13,439 |
| Other intermediate assets | | - |
| **Total Intermediate Assets** | | **340,189** |

| Intermediate Liabilities (Schd V) | | | | | |
|---|---|---|---|---|---|
| | Int | Principal | P & I | Principal | Intermed |
| Loan | Rate | Balance | Due | Due | Balance |
| Monti CU-Cons.Debt | 3.75 | 171,474 | 38,304 | 31,784 | 139,690 |
| | | | | | |
| **Total Intermediate Liabilities** | | | | | **139,690** |

| Long Term Assets | | Market |
|---|---|---|
| | | Value |
| Land | | - |
| Buildings and improvements | | - |
| Other long term assets | | - |
| **Total Long Term Assets** | | **-** |

| Long Term Liabilities | | | | | |
|---|---|---|---|---|---|
| | Int | Principal | P & I | Principal | Lg Term |
| Loan | Rate | Balance | Due | Due | Balance |
| | | | | | |
| **Total Long Term Liabilities** | | | | | **-** |

| | | |
|---|---|---|
| **Total Farm Assets** | | **521,268** |
| Personal Assets (Schd P) | | 24,855 |

| | | |
|---|---|---|
| **Total Farm Liabilities** | | **188,554** |
| Personal Liabilities | | - |

| | | |
|---|---|---|
| **Total Assets** | | **546,123** |

| | | |
|---|---|---|
| Total Liabilities | | 188,554 |
| **Net Worth** | | **357,569** |

I certify that my statements on this balance sheet are true, complete, and correct to the best of my knowledge and belief.

Signature(s) _____    Date _____

Troy Denelsbeck : 1/1/2018 - 2018 proforma NW-T    Page 2    2/4/2016 2:44:39 PM

| *Schedule A: Cash and checking* | Value |
|---|---|
| checking-#34253 | 103,139 |
| Total cash and checking | 103,139 |

### *Schedule H: Livestock held for sale*

| Livestock | Description | Number Of Head | Average Weight | Value Per Unit | Value |
|---|---|---|---|---|---|
| Str Calves | 2016 fat cattl | 24 | 1,300 | 120.00/cwt. | 37,440 |
| Beef Calves | 2017 beef calv | 45 | 500 | 180.00/cwt. | 40,500 |
| Total livestock held for sale | | | | | 77,940 |

### *Schedule I: Breeding livestock*

| | Number of Head | Mkt Value Per Head | Market Value |
|---|---|---|---|
| Registered cattle | 16 | 2,000 | 32,000 |
| Cows | 40 | 1,800 | 72,000 |
| Total breeding livestock | | | 104,000 |

*Schedule J: Machinery and equipment*

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct. Ownership | Market Value |
|---|---|---|---|---|---|
| Combine, 9560 JD-1/2 | 2003 | x | 2012 | 100.00 % | 85,000 |
| 8200 JD Tractor FWA (9000 | 97 | x | 2007 | 100.00 % | 50,000 |
| 873 Bobcat skidsteer(5000 | 2001 | x | 2003 | 100.00 % | 12,000 |
| JD 566 Baler-netwrap | 2007 | x | - | 100.00 % | 9,000 |
| Patz Feed Wagon 420 | 2008 | x | 2008 | 100.00 % | 22,000 |
| Haybuster 2650 processor | 2008 | x | 2008 | 100.00 % | 6,400 |
| 499 NH haybine | 98 | x | 2005 | 100.00 % | 2,500 |
| Sitrex 9 wheel rake | - | x | - | 100.00 % | 1,800 |
| JD 336 square baler | - | | - | 100.00 % | 3,000 |
| Greatplain turbotill-18' | 2009 | lease-x | 2009 | 100.00 % | 22,000 |
| Myers Verticle spreader | 2009 | x | 2009 | 100.00 % | 20,000 |
| NH diskmower 6740 | 2014 | x | 2014 | 100.00 % | 4,000 |
| Polaris 4 wheeler | - | x | - | 100.00 % | 4,000 |
| sqeeze chute | - | x | - | 100.00 % | 1,800 |
| alley scale | - | x | - | 100.00 % | 2,000 |
| stock trailer, 24' | - | x | - | 100.00 % | 3,500 |
| MF 1130 tractor | - | x | - | 100.00 % | 4,500 |
| Gravity Boxes | - | x | - | 100.00 % | 5,000 |
| JD Drill | - | x | - | 100.00 % | 2,500 |
| JD 3960 chopper w/c.head | - | x | - | 100.00 % | 3,000 |
| JD 60 tractor | - | x | - | 100.00 % | - |
| Hayracks (2) | - | x | - | 100.00 % | 500 |
| JD 38 sickle mower | - | x | - | 100.00 % | - |
| Bale Elevator | - | x | - | 100.00 % | - |
| Fertilizer Bar | - | x | - | 100.00 % | - |
| Auger | - | x | - | 100.00 % | 500 |
| feeder wagon-scrap | - | x | - | 100.00 % | - |
| JD 930 platform | - | x | - | 100.00 % | 10,000 |
| silage wagon | - | x | - | 100.00 % | - |
| B&R port.Alley w/chute | 2012 | x | - | 100.00 % | - |
| RD 9' snowblower | 2012 | x | - | 100.00 % | - |
| -less 2016 dep. | - | | - | 100.00 % | -27,500 |
| - less 2017 dep | - | | - | 100.00 % | -24,750 |
| Total machinery and equipment | | | | | 222,750 |

*Schedule K: Titled vehicles*

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct. Ownership | Market Value |
|---|---|---|---|---|---|
| Chev Silverado 3/4 duroma | 2007 | | 2008 | 100.00 % | 15,000 |
| Chevy Pickup | 1996 | | - | 100.00 % | 3,500 |
| 2 scrap trucks | - | | - | 100.00 % | 100 |
| - less 2016 dep. | - | | - | 100.00 % | -2,790 |
| - less 2017 dep. | - | | - | 100.00 % | -2,371 |
| Total titled vehicles | | | | | 13,439 |

**Schedule P: Personal assets**

| | Quantity | Mkt Value Per Unit | Market Value |
|---|---|---|---|
| Savings and checking | | | - |
| Stocks and bonds | | | - |
| Other personal current assets | | | - |
| Furnishings and appliances | | | 1,500 |
| Personal vehicles | | | - |
| Cash value of life insurance | | | - |
| Retirement accounts | | | |
| IRA-Ariel Mutual | 1 | 13,840 | 13,840 |
| IRA-Hartford | 1 | 6,265 | 6,265 |
| Personal business investment | | | - |
| Other intermediate assets | | | |
| apparel | 1 | 750 | 750 |
| Wedding ring/watch | 1 | 500 | 500 |
| 4 riffles-shotgun-2 pisto | 1 | 2,000 | 2,000 |
| Personal real estate | | | - |
| Other long term assets | | | - |
| Total personal assets | | | 24,855 |

**Schedule T: Accounts payable and other accrued expenses**

| | Expense Category | Balance |
|---|---|---|
| Canby Farms Coop | Seed | 1,080 |
| Rick Denelsbeck-crop inp. | Misc. | 16,000 |
| Total accounts payable and other accrued expen | | 17,080 |

**Schedule V: Intermediate loans**

| | Interest Rate | Principal Balance | Accrued Interest | Normal P & I | Past Due P & I | Month Due | Final Year | Principal Due | Intermed Balance |
|---|---|---|---|---|---|---|---|---|---|
| Monti CU-Cons.Debt | 3.75 % | 171,474 | - | 38,304 | - | 12 | 2022 | 31,784 | 139,690 |
| Total intermediate loans | | 171,474 | - | 38,304 | - | | | 31,784 | 139,690 |

**Schedule Z: Ratio analysis**

| | Market |
|---|---|
| Current ratio | 3.71 |
| Current ratio (business and personal) | 3.71 |
| Working capital | 132,215 |
| Working capital (business and personal) | 132,215 |
| Current percent in debt | 27 % |
| Intermediate percent in debt | 41 % |
| Long term percent in debt | - % |
| Personal percent in debt | - % |
| Total debt to asset ratio | 35 % |
| Total equity to asset ratio | 65 % |
| Total debt to equity ratio | 0.53 |